**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000451
29-MAY-2026
07:59 AM
Dkt. 107 OAWST**

NO. CAAP-25-0000451

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
ROWEN EDGAR aka ROEN EDGAR, Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CPC-22-0000600)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Leonard, Presiding Judge, McCullen and Gluck, JJ.)

Upon consideration of the Stipulation for Dismissal of the Appeal (**Stipulation**), filed May 27, 2026, by Defendant-Appellant Rowen Edgar (**Edgar**), the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal; and (3) attached to the Stipulation is Edgar's declaration showing he understands the consequences of voluntary dismissal,

consistent with Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed, under HRAP Rule 42(b) and (c).

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, May 29, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Daniel M. Gluck
Associate Judge